UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Matthew Patterson,<br><br>    Plaintiff,<br><br>v.<br><br>The Army & Air Force Exchange Service; and Equifax Information Services, LLC,<br><br>    Defendants. | Case No.: 1:25-cv-02808-SEG-CCB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT THE ARMY & AIR FORCE EXCHANGE SERVICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant The Army & Air Force Exchange Service ("AAFES"), hereby jointly stipulate that AAFES shall be dismissed without prejudice, with each of the parties to bear their own fees and costs.

Dated:     September 22, 2025

| | |
|---|---|
| */s/ Esther Oise*<br>Esther Oise, Esq. (GA Bar #686342)<br>Oise Law Group PC<br>2635 Governors Walk Blvd.<br>Snellville, GA 30078<br>Email: oiselaw@gmail.com<br>Telephone: (770) 895-3736<br>Attorney for Plaintiff | */s/ RODNEY H. ATREOPERSAUD*<br>Assistant United States Attorney<br>Georgia Bar No. 309454<br>Rodney.Atreopersaud@usdoj.gov<br>600 U.S. Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>(404) 581-6000 fax (404) 581-6181<br>Counsel for Defendant AAFES |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*