UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Matthew Patterson,<br><br>    Plaintiff,<br><br>v.<br><br>The Army & Air Force Exchange Service; and Equifax Information Services, LLC,<br><br>    Defendants. | Case No.: 1:25-cv-02808-SEG-CCB<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:    October 23, 2025

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*